(Rev 04/2020) Detention Hearing Waiver or Continuance Request

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>__ERIC LUNA__<br>*Defendant* | )<br>)<br>) Case No. 3:16-CR-120<br>)<br>) |

## WAIVER OF DETENTION HEARING/CONTINUANCE REQUEST

I understand and acknowledge:

1. That the Government has requested that I be held without bond pending the outcome of my case.

2. That I have the right to a hearing on the Government's request and for the Court to determine whether I should be held without bond or released on conditions.

3. That at a detention hearing, I would have the right to be represented by counsel, confront the Government's evidence, and present my own evidence.

4. That if I waive my right to a detention hearing at this time, I will be held without bond pending further proceedings in my case, though I may still request a hearing at a later time.

5. That I have read this waiver form, or had it read to or translated for me, and that I understand it.

I have discussed these issues with my attorney and:

☐ I do not wish to have a detention hearing at this time and I consent to the entry of an order directing that I be held without bond pending further proceedings, while preserving my right to request a detention hearing in the future.

☑ I do not wish to have a detention hearing at this time and I consent to the entry of an order directing that I be held without bond pending further proceedings, while preserving my right to request a detention hearing in the future AND I waive my right to be present in court when this waiver is presented.

Date: 02/05/2025

_Defendant's signature_

Date: 02/05/2025

_Attorney's signature_